MICHAEL R. O'NEIL, SBN 155134
PETER A. AUSTIN, SBN 252067
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:   (916) 446-2300
Facsimile:   (916) 503-4000
Email:   moneil@murphyaustin.com
Email:   paustin@murphyaustin.com

Attorneys for Defendants
Michael Robert Pixley and Corinne Ann Pixley dba
the Mecca Club; and Patricia Toomey, Trustee of the
Toomey Trust

JASON K. SINGLETON, SBN 166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, California  95501
Telephone:   (707) 441-1177
Facsimile:   (707) 441-1533
Email:   jason@singletonlawgroup.com

Attorneys for Plaintiff
Marshall Loskot

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Loskot,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Michael Robert Pixley and Corinne Ann Pixley dba the Mecca Club; Patricia Toomey, Trustee of the Toomey Trust; and Does 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.  14:CV-555-MCE-CMK<br><br>**Stipulation for Extension of Time to Respond** |

　　　　Plaintiff MARSHAL LOSKOT; Defendants MICHAEL ROBERT PIXLEY and CORINNE ANN PIXLEY dba THE MECCA CLUB; and Defendant PATRICIA TOOMEY as Trustee of the Toomey Trust, through their respective counsel, jointly stipulate and request that

- 1 -

Defendants, and each of them, be granted an extension of time to respond to the Complaint in this matter, pursuant to Local Rule 6-144, to and including June 12, 2014.

The parties believe that the interests of justice are best served by allowing the parties to conduct early settlement negotiations prior to conducting litigation activities.

Therefore, the parties jointly stipulate and request that the court extend the time to and including June 12, 2014, for the Defendants to respond to Plaintiff's Complaint. The parties additionally stipulate and request that the court extend the time for the parties to confer under Federal Rule of Civil Procedure 26(f) to July 12, 2014.

Dated: April _____, 2014                MURPHY AUSTIN ADAMS SCHOENFELD LLP


By:_____
    MICHAEL R. O'NEIL
    PETER A. AUSTIN
    Attorneys for Defendants
    Michael Robert Pixley and Corinne Ann Pixley
    dba the Mecca Club; and Patricia Toomey,
    Trustee of the Toomey Trust

Dated: April _____, 2014                SINGLETON LAW GROUP


By:_____
    JASON K. SINGLETON
    Attorneys for Plaintiff
    Marshall Loskot

**ORDER**

IT IS SO ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT