**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARSHALL LOSKOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL ROBERT PIXLEY and CORINNE ANN PIXLEY, dba THE MECCA CLUB, PATRICIA TOOMEY, TRUSTEE OF THE TOOMEY TRUST, and DOES ONE through FIFTY, inclusive,<br><br>　　　Defendants. | Case No.  14-CV-555 MCE CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER<br>FRCP 41(a)(1)(A)(ii) |

　　　Plaintiff **MARSHALL LOSKOT** and Defendants **MICHAEL ROBERT PIXLEY and CORINNE ANN PIXLEY, dba THE MECCA CLUB, and PATRICIA TOOMEY, TRUSTEE OF THE TOOMEY TRUST**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///

///

Stipulation and Order of Dismissal　　　　　　　　　　　1　　　　　　　　　　　14-CV-555 MCE CMK

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: June 23, 2014         /s/ Jason K. Singleton
                            Jason K. Singleton, Attorney for Plaintiff,
                            **MARSHALL LOSKOT**

**MURPHY AUSTIN ADAMS SCHOENFELD LLP**

Dated: June 19, 2014         /s/ Michael R. O'Neil
                            Michael R. O'Neil, Attorney for Defendants
                            **MICHAEL ROBERT PIXLEY and CORINNE ANN PIXLEY, dba THE MECCA CLUB, and PATRICIA TOOMEY, TRUSTEE OF THE TOOMEY TRUST**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs PIXLEY, et al.</u>, Case Number 14-CV-555 MCE CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT